```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
FAR EASTERN SHIPPING CO. PLC,       :
                                    :
                    Plaintiff,      :    08 Civ. 11064
                                    :
    - against -                     :
                                    :    ORDER
COMPANIA TRASATLANTICA ESPANOLA,    :
et al.,                             :
                                    :
                    Defendants.     :
----------------------------------- X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-20-09

**VICTOR MARRERO, United States District Judge.**

By Order dated December 22, 2008 the Court authorized issuance of a writ of attachment and garnishment in this matter and appointment of a process server for that purpose. A review of the docket sheet indicates no entries showing that any funds have been attached or that any service of process has been made or that any defendants have appeared. Accordingly, it is hereby

**ORDERED** that plaintiff submit to the Court by February 27, 2009 a status report regarding this action and plaintiff's contemplation with respect to any further proceedings. In the event no timely response is made to this order, the Court may dismiss the action for lack of prosecution; and it is further

**ORDERED** that the Clerk of Court is directed to place this case on the Court's Suspense Docket.

**SO ORDERED.**

Dated:   New York, New York
         20 February 2009

                                    _____
                                    VICTOR MARRERO
                                    U.S.D.J.